UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDIP VARAITCH,

Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

Defendant.

Case No. 1:25-cv-01332-JLT-HBK

ORDER GRANTING STIPULATED MOTION TO CONTINUE CERTAIN DISCOVERY DEADLINES

(Doc. 24)

On November 18, 2026, the Parties filed a stipulated request to extend certain case management deadlines to allow them to complete discovery and participate in mediation scheduled for January 28, 2027. (Doc. 24 at 2). The Court finds good cause to grant the motion under Federal Rule of Civil Procedure 16(b)(4).[1] Extending expert discovery also requires extending the dispositive motion deadline and continuing the pretrial conference and trial to conform to the district court's scheduling preferences.

Accordingly, it is ORDERED:

[1] The non-expert discovery deadline expired before the Parties filed their motion. In their July 16, 2026 Mid-Discovery Joint Report, the Parties stated that they were "in the process of meeting and conferring" to schedule the same depositions and vehicle inspection now offered to justify the extension to the discovery deadline. (Doc. 19). The Partes are cautioned that future requests for extension must be filed before the appliable deadline expires.

1. The Parties' stipulated motion (Doc. 24) is GRANTED to the extent set forth herein.
2. The following dates shall govern the management of this action going forward.

| **Action or Event** | **Date** |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 02/05/2027 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 02/26/2027 |
| Deadline for defendants to disclose expert report(s). | 02/26/2027 |
| Deadline for disclosing any expert rebuttal report(s). | 03/12/2027 |
| Deadline for expert discovery. | 04/09/2027 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. | 02/26/2027 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 04/30/2027 |
| Deadline to file final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 09/20/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); See Local Rule 280, 281, 282, 283. (Monday) | 10/04/2027<br>at 1:30 p.m. |
| Trial Date. (Tuesday) | 11/16/2027<br>at 8:30 a.m. |

3. The remaining deadlines and procedures set forth in the Case Management and Scheduling Order issued on January 22, 2026 (Doc. 18) otherwise remain in effect.
4. If the Parties resolve the case at the January 28, 2027 mediation, they shall promptly file a notice of settlement in accordance with Local Rule 160(a).

Dated: November 19, 2026

*Helena M. Barch-Kuchta*

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE